**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **CASEY URMEY,** | : | CASE NO: 3:24-cv-00289-WHR-CHG |
| | : | |
| Plaintiff, | : | JUDGE: Walter Herbert Rice |
| | : | |
| vs. | : | JOINT MOTION TO CONTINUE |
| | : | PRELIMINARY PRETRIAL |
| **T AND S TREE SERVICE, LLC,** | : | CONFERENCE |
| et al., | : | |
| | : | |
| Defendants. | : | |

NOW COME Plaintiff and Defendants, Jointly, and hereby file their motion to Continue to Preliminary Pretrial Conference. A memorandum in support follows.

Respectfully Submitted,

/s Robb S. Stokar
Robb S. Stokar (0091330)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B
Cincinnati, Ohio 45242
Tel:  (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

/s/ PJ. Conboy, esq.*
P.J. Conboy (0070073)
Staton, Fisher & Conboy, LLP
5613 Brandt Pike
Dayton, OH  45424
(937) 519-2957
AgentConboy@aol.com
*Counsel for Defendant T and S Tree Service, LLC*
*via email auth 01-13-25 (RSS)

1

## **Memorandum**

On November 1, 2024, Plaintiff filed his Complaint in this matter. Defendants answered on December 16, 2024. Defendant's Third Affirmative Defense stated, in part, that "Plaintiff was doing work for a different tree service company for the majority of the time alleged in this Complaint." ECF No. 4, PAGEID #13.

On January 6, 2025, the undersigned counsel met telephonically to discuss the Rule 26 Report. In that discussion, counsel informally exchanged information about the "different company." Thereafter, Plaintiff's counsel investigated the matter and determined that the additional defendant(s) at the other company are proper parties to this action.

Wherefore, Plaintiff and Defendants believe it is in the interests of justice to continue the initial Preliminary Pretrial Conference to permit Plaintiff to plead in the additional defendant(s), allow Defendants to assert any claims it may have against the new party(ies) and hold a Preliminary Pretrial Conference once all parties are represented.

Plaintiff's counsel believes the Amended Complaint can be filed and served in the next forty-five (45) calendar days and respectfully requests that the Preliminary Pretrial Conference be reset following the additional party(ies) response to the Amended Complaint.

The above request is not made for undue purposes, will not prejudice any party to this matter and serves the interests of judicial economy.

Respectfully Submitted,

| | |
|---|---|
| */s Robb S. Stokar* | */s/ PJ. Conboy, esq.** |
| Robb S. Stokar (0091330) | P.J. Conboy (0070073) |
| Stokar Law, LLC | Staton, Fisher & Conboy, LLP |
| 9200 Montgomery Road | 5613 Brandt Pike |
| Bldg. E – Unit 18B | Dayton, OH  45424 |
| Cincinnati, Ohio 45242 | (937) 519-2957 |
| Tel:  (513) 500-8511 | AgentConboy@aol.com |
| rss@stokarlaw.com | *Counsel for Defendant T and S Tree Service, LLC* |
| *Counsel for Plaintiff* | *via email auth 01-13-25 (RSS) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the was filed on January 13, 2025 using the Court's CM/ECF system, which shall send notification to call counsel of record:

 */s/ Robb S. Stokar*
Robb S. Stokar (OH# 0091330)